**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 15-cv-01300-REB

KIMBERLY BAUMGARTNER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY**
**FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

**Blackburn, J.**

The matter before me is plaintiff's **Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA)** [#18],[1] filed February 9, 2016. As indicated by the title of the document, the parties have reached agreement as to the amount of attorney fees to be awarded plaintiff under the EAJA. After due consideration, I approve the proposed stipulation and award attorney fees in the agreed amount, payable to plaintiff. *See **Manning v. Astrue***, 510 F.3d 1246, 1249-55 (10th Cir. 2007), *cert. denied*, 129 S.Ct. 486 (2008).[2]

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] In ***Manning***, the Tenth Circuit held the plain language, structure, and history of the EAJA preclude an award of fees to anyone other than the prevailing party. Thus, even if plaintiff has assigned her right to EAJA fees to her attorney, I cannot direct the fee award be paid directly to anyone other than plaintiff herself.

1. That the **Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA)** [#18], filed February 9, 2016, is granted; and

2. That pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), plaintiff is awarded attorney fees and expenses totaling $1,775.09.

Dated February 10, 2016, at Denver, Colorado.

**BY THE COURT:**